**Order entered October 12, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00945-CV

### CITY OF LONE OAK, TEXAS, Appellant

### V.

### LONE OAK INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 91463**

## ORDER

Before the Court are appellant's October 10, 2022 first motion for a thirty-day extension of time to file its brief and appellee's response in opposition. Because this is an accelerated appeal, we **GRANT** the motion **TO THE EXTENT THAT** we **ORDER** the brief be filed no later than November 14, 2022.

/s/    KEN MOLBERG
         JUSTICE